UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

MICHAEL R. SANTIAGO SR.,

       Plaintiff,

Case No. 1:07-CV-1156

v.

Hon. Richard Alan Enslen

JENNIFER GRANHOLM, *et al.*,

**ORDER**

       Defendants.
_____/

    Plaintiff Michael R. Santiago Sr. has, after entry of a Judgment which he has appealed, filed a Motion for Leave to Appeal and a Motion to Amend his Complaint. Neither Motion is apt. The Motion for Leave to Appeal is unnecessary because an indigent prisoner since the Circuit's *McGore* decision has had the right to appeal any adverse decision in a civil rights case, notwithstanding whether the appeal is in good faith. *See McGore v. Wrigglesworth,* 114 F.3d 601, 604 (6th Cir. 1997); *Newlin v. Helman,* 123 F.3d 429, 432 (7th Cir. 1997); *Starks v. Reno*, 2000 WL 353526, *2 (6th Cir. Mar. 31, 2000). To the extent that Plaintiff is seeking reconsideration of the adverse appeal certification, that request is denied because Plaintiff has failed to demonstrate a palpable defect requiring a different disposition. *See* W.D. Mich. L. Civ. R. 7.4(a). Plaintiff's Motion to Amend is moot because his request to voluntarily dismiss particular claims is made after entry of the adverse Judgment.

    **THEREFORE, IT IS HEREBY ORDERED** that Plaintiff's Motion to Amend and Motion for Leave to Appeal (Dkt. Nos. 11 & 12) are **DENIED**.

DATED in Kalamazoo, MI:
    March 6, 2008

      /s/ Richard Alan Enslen
    RICHARD ALAN ENSLEN
    SENIOR UNITED STATES DISTRICT JUDGE